# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RODSONGS, RAY VAUGHN MUSIC, INC., SONGS OF MOSAIC, WB MUSIC CORP., SONS OF K'OSS MUSIC, INC., VARRY WHITE MUSIC, EX VW INC., LOC'D OUT MUSIC, E BEATS MUSIC, BLACK FOUNTAIN MUSIC, HERBILICIOUS MUSIC, RAP TRACKS PUBLISHING, LELLOW PRODUCTIONS, INC., SHANIAH CYMONE MUSIC, PHOENIX AVE MUSIC PUBLISHING, JUSTIN COMBS PUBLISHING COMPANY, SLACK A.D. MUSIC, VIRGINIA BEACH MUSIC, CARTER BOYS PUBLISHING, ,**

                **Plaintiffs,**

**-vs-**                                                         Case No. 6:06-cv-219-Orl-31DAB

**CENTURION SPORTS MANAGEMENT, LLC, and ANTHONY J. PEWONSKI,**

                **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE OR, ALTERNATIVELY, TO STRIKE PLEADINGS AND ENTER DEFAULTS (Doc. No. 10)
>
> **FILED:** May 25, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

-2-

The returns of service indicate Defendants were served more than 45 days ago (*see* Doc. No. 5 & 6), with no responsive pleading being filed or default being sought.  Counsel shall show cause in writing within 11 days from the date of this Order why sanctions should not be imposed for failure to prosecute.

**DONE** and **ORDERED** in Orlando, Florida on May 30, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties